144 A.3d 708

**FLOYD, James**

v.

**STATE of Maryland**

**Pet. Docket No. 209, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 708

**FOGG, Everett**

v.

**STATE of Maryland**

**Pet. Docket No. 175, Sept. Term 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari dismissed.